John BELTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59363.

Missouri Court of Appeals, Western District.

Oct. 23, 2001.

Irene C. Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PATRICIA BRECKENRIDGE and JOSEPH M. ELLIS, JJ.

**ORDER**

PER CURIAM.

John Belton appeals from the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. In his Rule 29.15

motion, Mr. Belton sought to vacate his conviction for manufacturing a controlled substance, section 195.211, RSMo 1994, and his sentence of ten years. The judgment denying Mr. Belton's Rule 29.15 motion is affirmed. Rule 84.16(b).